| | | |
|---|---|---|
| ✎PROB 22<br>  (Rev.  01/24)<br><br><br>TRANSFER OF JURISDICTION | **F I L E D**<br>CLERK, U.S. DISTRICT COURT<br>02/18/2026<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ kdu _____ DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>2:02-CR-00938-DOC-14<br><br>DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>Southern |
|---|---|---|
| Mr. Steven William Hicklin<br><br>██████████ | NAME OF SENTENCING JUDGE<br>David O. Carter | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>August 20, 2024 | TO<br>August 19, 2029 |

OFFENSE

18 U. S. C. § 1962(d): Racketeer Influenced and Corrupt Organizations Conspiracy

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Hicklin lacks significant community ties in the Central District of California. He maintains a strong support system in the Eastern District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of California</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ February 18, 2026 _____   *David O. Carter*
*Date*                 _____
                   *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ CALIFORNIA _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____   _____
*Effective Date*          *United States District Judge*