✎PROB 22
(Rev.  01/24)

**F I L E D**
CLERK, U.S. DISTRICT COURT

**02/23/2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:02-CR-00938-DOC-14

DOCKET NUMBER *(Rec. Court)*
2:26-cr-0022-JAM

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Steven William Hicklin | Central of California | Southern |

**FILED**

**Feb 23, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Sacramento, CA

NAME OF SENTENCING JUDGE

David O. Carter

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM August 20, 2024 | TO August 19, 2029 |
|---|---|---|

OFFENSE

18 U. S. C. § 1962(d): Racketeer Influenced and Corrupt Organizations Conspiracy

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Hicklin lacks significant community ties in the Central District of California. He maintains a strong support system in the Eastern District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California  upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ February 18, 2026 _____
*Date*

_David O. Carter_
_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ CALIFORNIA _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ February 23, 2026 _____
*Effective Date*

_John A. Mendez_
_____
*United States District Judge*