UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



2:02 cr 00938 - DOC



FIRST-CLASS MAIL
IMI
$001.90
02/23/2026 ZIP 90012
04SM31268156
US POSTAGE

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2026

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY



FILED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY





Case: 2:02cr00938   Doc: 7508

Donald J Calabria
Donald J Calabria Law Offices
16133 Ventura Blvd, Ste 700
Encino, CA 91436

Case 2:02-cr-00938-DOC    Document 7510    Filed 02/25/26    Page 2 of 3   Page ID #:115109

Mills et al Probation/Supervised Release Transfer-Out - Part 1 Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 2/18/2026 at 12:17 PM PST and filed on 2/18/2026

| | |
|---|---|
| **Case Name:** | USA v. Mills et al |
| **Case Number:** | 2:02-cr-00938-DOC |
| **Filer:** | |
| **Document Number:** | 7508 |

**Docket Text:**
**Notice to United Stated District Court Eastern District of California, a Transfer of Jurisdiction
as to Defendant Steven William Hicklin has been approved by this court. Please present the
attached Probation/Supervised Release Jurisdiction Transfer-Out (Prob 22) to your court for
approval. Upon approval, return the signed order with your case number to
CrimIntakeCourtDocs-LA@cacd.uscourts.gov. (twdb)**

**2:02-cr-00938-DOC-14 Notice has been electronically mailed to:**
US Attorney's Office    USACAC.Criminal@usdoj.gov, CaseView.ECF@usdoj.gov
Federal Public Defender    cac_appointments@fd.org
Alyssa D. Bell    abell@cohen-williams.com, jrodriguez@cohen-williams.com,
jwerther@cohen-williams.com, wcarpenter@cohen-williams.com
Amy E Jacks    amyejacks@sbcglobal.net
Benjamin L Coleman    blc@blcolemanlaw.com
Bernard V. Kleinman    attrnylwyr@yahoo.com
Bernard J. Rosen    bernardrosenlaw@aol.com
Brian A Newman    jjnewbee.newman@gmail.com, rtokabe@yahoo.com
Brian A Sun    brian.sun@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com,
matthew.park@nortonrosefulbright.com
Brianna Fuller Mircheff    cac_appointments@fd.org
Chelsea Norell    chelsea.norell@usdoj.gov, USACAC.Civil@usdoj.gov
Christopher Carl Chaney    chaneychristopher04@gmail.com
Claire E Kelly    claire.kelly@usdoj.gov, USACAC.Criminal@usdoj.gov
Daniel R Schattnik    schattnik@gmail.com
David Robert Reed    automatictrials@yahoo.com